### *Brooks v. Hunt.*

HENRY moved for judgment as in case of non-suit on an affidavit, merely stating for " not bringing

" the cause to trial at the last circuit, in and for the " county of *Montgomery*," according to the practice of the court.

*Paris*, contra, objected that it did not specify where the *venue** was laid.

* This in-gredient is not required by the *English* practice. See *Tidd's Forms*, 194. 1 *Sell. Prac.* 365. *c.*

*Henry* insisted it appeared from irresistible im-plication, to have been in *Montgomery*.

*Per Curiam.* The affidavit is defective. Had this cause been with a *venue* in *New-York*, the same mode of swearing would have entitled you to your judgment. We are not to infer facts from affidavits, when the party has it in his power to state them posi-tively. The motion must be denied.